UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | : | Civil Action No. MDL-875 |

| | | |
|---|---|---|
| Plaintiffs On Attachment "A"<br><br>v.<br><br>Trane US, Inc., f/k/a/American Standard, Inc. | :<br>:<br>:<br>:<br>:<br>:<br>: | FILED<br>JUL 27 2010<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

## MOTION FOR DISMISSAL

Plaintiff by and through counsel, moves this Court to enter an Order dismissing his Petition for Damages against defendant Trane US, Inc., f/k/a/American Standard, Inc. only, without prejudice, with each party to bear their own costs.

Respectfully Submitted

By: /s/Kip A. Harbison

Kip A. Harbison, Esq.
GLASSER & GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510

SO ORDERED

_____  J.
Eduardo C. Robreno,
United States District Judge

_____6/30/10_____
Date

Attachment A
Glasser and Glasser, P.L.C. Cases to be Dismissed
Against Defendant Trane US, Inc., f/k/a/American Standard, Inc. Only

| Client | PA Case No |
|---|---|
| Bartley, Jerry G. | 10-64667 |
| Coy, Louis | 09-65628 |
| Koppe, Albert J. | 09-80081 |
| Schadewald, Willard W. | 09-70176 |

June 28, 2010
1 of 1