# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | Civil Action No. MDL-875 |

| | | |
|---|---|---|
| Plaintiffs On Attachment "A" | : | |
| | : | |
| v. | : | FILED |
| | : | JUL 27 2010 |
| Westinghouse Air Brake Company | : | MICHAEL E. KUNZ, Clerk |
| | : | By: _____ Dep. Clerk |

## MOTION FOR DISMISSAL

Plaintiff by and through counsel, moves this Court to enter an Order dismissing his Petition for Damages against defendant Westinghouse Air Brake Company only, without prejudice, with each party to bear their own costs.

Respectfully Submitted

By:   /s/Kip A. Harbison

Kip A. Harbison, Esq.
GLASSER & GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510

SO ORDERED

_____  J.
Eduardo C. Robreno,
    United States District Judge

_____6/30/10_____
Date

Attachment A
Glasser and Glasser, P.L.C. Cases to be Dismissed
Against Defendant Westinghouse Air Brake Company Only

| Client | PA Case No |
|---|---|
| Bader, Marvin H. | 06-60543 |
| Baldwin, William E. | 06-63654 |
| Balser, John F., Jr. | 06-60588 |
| Bartley, Jerry G. | 10-64667 |
| Bowman, Dodd H. | 07-65584 |
| Burt, Donald R. | 06-64362 |
| Cheek, Raymond O. | 06-63461 |
| Coulter, James W. | 06-67667 |
| Coy, Louis | 09-65628 |
| Edge, Jearld L. | 07-65363 |
| Eelman, Cornelius | 07-61582 |
| Fiol, Donald N. | 06-61001 |
| Ford, James T., Jr. | 06-66387 |
| Graham, Harold K. | 06-64810 |
| Gray, William E. | 06-65102 |
| Hammond, Jerry L. | 08-90421 |
| Heying, Harlen J. | 06-61784 |
| Hickman, Clifford D. | 06-62847 |
| Hill, Walter | 07-70537 |
| Hinson, Carl Edwin | 06-65169 |
| Jean, Paul H. | 07-63821 |
| Jones, Paul, Jr. | 06-62825 |
| Kessler, Joseph C. | 07-65225 |
| Koppe, Albert J. | 09-80081 |
| Kuschel, Kenneth W. | 06-65613 |
| Larson, Roger L. | 06-60823 |
| Leslie, Kenneth E. | 09-65611 |
| Livingston, John P. | 06-60059 |
| Lopez, Joe H. | 06-61982 |
| Miller, Nathan L. | 06-62418 |
| Montgomery, Larry N. | 06-65276 |
| Nealey, Terry D. | 07-63785 |
| Puckett, James O. | 06-65938 |
| Robeson, Robert O. | 06-67161 |
| Ross, Jerome D. | 06-61319 |
| Ryherd, M. J. | 06-65808 |
| Sammartano, Paul M. | 06-64269 |
| Schadewald, Willard W. | 09-70176 |

Attachment A
Glasser and Glasser, P.L.C. Cases to be Dismissed
Against Defendant Westinghouse Air Brake Company Only

| Sedivy, Frank | 06-60116 |
| Smith, Mack R. | 06-65011 |
| Stangl, Edward J. | 08-90425 |
| Sterling, Robert L., Sr. | 06-63138 |
| Stout, Bertie L. | 06-65599 |
| Stronka, Theodore A. | 06-67525 |
| Swain, George H. | 06-65014 |
| Walbert, Calvin E. | 06-60315 |